IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KELLY MANN**                                                                                      **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:16-CV-00039-CWR-RHW**

**WARDEN**                                                                                  **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered on November 1, 2016. Docket No. 14. Therein, Judge Walker clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2). This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court. Accordingly, respondent's motion to dismiss is granted. Docket No. 12.

**SO ORDERED**, this the 23rd day of November, 2016.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE